USA-153Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

FILED 24 OCT '12 14:37 USDC-ORP

for the _____ DISTRICT OF ___ OREGON _____

UNITED STATES OF AMERICA

V.

} CRIMINAL NUMBER:

JOSELLE K. BAUTISTA

3:11-CR-00102-03-JO

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Joselle K. Bautista _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty _____ to the offense charged, to consent to the disposition of the case in the _____ District of Arizona _____ in which I, *Reside* _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: *Oct. 12* 20 12 at *1:30 pm*

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

_____
*(Assistant United States Attorney)*

Approved

_____
United States Attorney for the

_____ District of

Arizona

_____
Assistant  United States Attorney for the

_____ District of

Oregon